IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JONATHAN DAVIDOFF

    Plaintiff

vs.                                                    CASE NO.: _____

BANK OF AMERICA CORPORATION,
a foreign Corporation, and
FIA CARD SERVICES, N.A.,
a foreign Corporation

    Defendants
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice of Removal and this Proof of Service was sent by way of first class mail, postage prepaid on this 23rd day of August, 2010 to: Jonathan Davidoff, Plaintiff, 60 East 42nd Street, Suite 2231, New York, NY  10165 and to Clerk, Circuit Court for Palm Beach County, Florida, P.O. Box 4667, West Palm Beach, FL 33402-4667.

                                      THE LAW OFFICES OF RONALD S. CANTER, LLC

                                      /s/ Ronald S. Canter
                                      Ronald S. Canter, Esquire
                                      Bar #335045
                                      11300 Rockville Pike, Suite 1200
                                      Rockville, MD 20852
                                      Telephone:  301-770-7490
                                      Facsimile:  301-770-7493
                                      E-Mail:  rcanter@roncanterllc.com
                                      Attorney for Defendants Bank of America Corporation
                                      and FIA Card Services, N.A.

                                      400 S. Dixie Hwy #322
                                      Boca Raton, FL  33432
                                      Local Address